[Docket No. 31]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| DEBORAH MAZZEI and ALLEN CALL, <br><br> Plaintiffs, <br><br> v. <br><br> HEARTLAND PAYMENT SYSTEMS, LLC, <br><br> Defendant. | Civil No. 20-14929 (RMB/SAK) <br><br> **MEMORANDUM ORDER** |

**RENÉE MARIE BUMB, United States District Judge**

This matter comes before the Court upon the parties' joint letter indicating that their settlement negotiations have been unsuccessful. [Docket No. 62.] In light of that letter, the Court will reopen this matter. As a result, the Court also reactivates Defendant Heartland Payment Systems, LLC's Motion to Stay. [Docket No. 31.] The Court now takes this opportunity to grant that Motion. The Third Circuit has held that "the power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself." *Bechtel Corp. v. Local 215, Laborers' Int'l Union of N.A., AFL-CIO*, 544 F.2d 1207, 1215 (3d Cir. 1976). Bearing in mind that *Story v. Heartland Payment Systems, LLC*, Civil No. 3:19-cv-724 (M.D. Fla.), is nearly identical to and at a more advanced stage than this case, the Court is concerned about wasting resources with

duplicative discovery practice. However, the Court also appreciates, as Plaintiffs Deborah Mazzei and Allen Call have argued, that this matter is not *identical* to the *Story* matter. [*See* Docket No. 57.] Therefore, the Court finds that the best path forward for this case is to allow *limited* discovery relating to claims and issues that are unique to this case and not duplicative of any discovery in the *Story* matter. For those reasons, and for good cause shown,

**IT IS** this **21st** day of **June 2022**, hereby

**ORDERED** that the Clerk of Court reactivate this matter; and it is further

**ORDERED** that Plaintiff's Motion to Stay [Docket No. 31] is **GRANTED**, in part, and **DENIED**, in part; and it is further

**ORDERED** that the parties may engage in discovery only insofar as it is not duplicative of discovery in the *Story* matter; and it is finally

**ORDERED** that if the parties cannot agree as to whether certain pieces of discovery are duplicative, they shall notify Magistrate Judge King, who will resolve their dispute.

s/Renée Marie Bumb<br>
Renée Marie Bumb<br>
United States District Judge