[Docket No. 107]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| DEBORAH MAZZEI, ALLEN CALL, and KRISTIN CALL, on behalf of themselves and the putative class,<br><br>Plaintiffs,<br><br>v.<br><br>HEARTLAND PAYMENT SYSTEMS, LLC,<br><br>Defendant. | Civil No. 20-cv-14929 (RMB-SAK)<br><br>**ORDER** |

This matter comes before the Court upon the Renewed Motion to Stay filed by Defendant Heartland Payment Systems, LLC ("Defendant"). [Docket No. 107.] Plaintiffs Deborah Mazzei, Allen Call, and Kristen Call, on behalf of themselves and the putative class ("Plaintiffs") opposed the Motion. [Docket No. 110.] For the reasons set forth in the Opinion of today's date, and for good cause shown,

**IT IS**, on this **19th** day of **SEPTEMBER 2023**, hereby:

1. **ORDERED** that the Renewed Motion to Stay filed by Defendant [Docket No. 107] is **GRANTED**;

2. **ORDERED** that the Clerk **ADMINISTRATLVY TERMINATE** this case until the lifting of the stay; and it is finally

3. **ORDERED** that the parties file a joint status report following a decision on class certification in *Story v. Heartland Payment Systems, LLC*, Civil No.

3:19-cv-724 (M.D. Fla.) setting forth their respective positions regarding the appropriateness of a stay in this action.

**s/Renée Marie Bumb**  
RENÉE MARIE BUMB  
Chief United States District Judge