## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEBORAH MAZZEI, ALLEN CALL, and KRISTEN CALL, on behalf of themselves and the putative class,<br><br>Plaintiffs,<br><br>vs.<br><br>HEARTLAND PAYMENT SYSTEMS,<br><br>Defendant. | Case No. 1:20-cv-14929-RMB-SAK |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Deborah Mazzei, Allen Call and Kristen Call ("Plaintiffs") and Defendant Heartland Payment Systems, through their respective counsel of record, that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action shall be, and is, dismissed WITH PREJUDICE. The parties are to bear their own fees and costs.

Date: November 25, 2025

1

Jointly Submitted,

| | |
|---|---|
| *s/Lisa R. Considine* | *s/ Ryan L. DiClemente* |
| Lisa R. Considine | Ryan L. DiClemente |
| NAGEL RICE LLP | HUSCH BLACKWELL LLP |
| 103 Eisenhower Parkway | 1801 Pennsylvania Avenue, NW |
| Roseland, New Jesey 07068 | Suite 1000 |
| 973-618-0400 x 111 | Washington, DC 20006-3606 |
| 973-618-9194 (fax) | 202-378-5794 |
| lconsidine@nagelrice.com | 202-378-2319 |
| *Attorneys for Plaintiffs and Members of the Collective* | Ryan.DiClemente@huschblackwell.com |
| | *Attorneys for Defendant* |